UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**
ex rel., GREGORY CHABOT,

    **Plaintiff,**

v.

**MLU SERVICES, INC.,**
**NU-WAY CONCRETE CO., INC.,**
**RCG ENTERPRISES, INC.,**
**RV SERVICES, LLC,**
**ROBERTO PEREDES,**
**STEVE JONES,**
**STEVE JONES HOMES, INC.,**
**WESTGATE HOMES, INC.,**
**WILSON TRANSPORT MOBILE HOMES**
**SERVICES, INC., and**
**MULTI-TASK LLC,**

    **Defendants**.
_____/

**Case Numbers:**
6:06-CV-1528-ORL-35KRS
6:06-CV-1529-ORL-35KRS
6:06-CV-1530-ORL-35KRS
6:06-CV-1531-ORL-35KRS
6:06-CV-1532-ORL-35KRS
6:06-CV-1534-ORL-35KRS
6:06-CV-1535-ORL-35KRS

## ORDER

    **THIS MATTER** comes before the Court for consideration of Plaintiff's consolidated, Response to the Court's January 21, 2010 Order,[1] which the Court has received as a

---

[1] **Plaintiff's consolidated "Response" was filed in case numbers:** 6:066-cv-1528, Dkt. 71; 6:06-cv-1529, Dkt. 120; 6:06-cv-1530, Dkt. 144; 6:06-cv-1531, Dkt. 107; 6:06-cv-1532, Dkt. 112; 6:06-cv-1534, Dkt. 97; 6:06-cv-1535, Dkt. 114.  This Order will apply to all above-styled cases.

motion (the "Motion"), and responses to Plaintiff's Motion filed by Defendants in two of the above-styled cases.[2]  With the exclusion of Case No. 6:06-cv-1530, for which a trial has already been held, Plaintiff's Motion seeks to have the Court schedule date certain jury trials for each of the above-styled cases and proffers two sets of alternative dates.  In addition, Plaintiff moves the Court for extensions concerning certain previously set deadlines relating to discovery and dispositive motions in Case Nos. 6:06-cv-1528 and 6:06-cv-1535, and post-trial motions in Case No. 6:06-cv-1530.

Upon consideration of the Motion and Responses filed, the Court **ORDERS** that Plaintiff's Motion is hereby **GRANTED in part and DENIED in part** as follows:

1. The Court **GRANTS** Plaintiff's request for the establishment of date certain trials, but **DENIES** the requests for the dates proffered by Plaintiff.  The Court notes that Notices of Special Setting for Jury Trial were entered for each of the above-styled cases, save Case No. 6:06-cv-1530, on February 5, 2010, with each date having been set pursuant to the Court's availability to preside over a jury trial for that case;

2. Plaintiff's motions for any extensions of time other than those previously granted by this Court are **DENIED**.  More specifically,

    (a) in Case No. 6:06-cv-1528, Plaintiff shall have five days from the date of entry of this Order to file any response to Defendant's Motion for Summary Judgment (Dkt. 44).  By Order dated August 6, 2009 (Dkt. 43), the Court denied the parties' motion for an extension of the dispositive motions deadline (Dkt. 42).  In doing so, the Court reminded the parties that they had

---

[2] See 6:06-cv-1528, Dkt. 72 and 6:06-cv-1535, Dkt. 115.

already enjoyed well over one year of time to complete discovery and file dispositive motions. (Dkt. 43). The Court then explicitly reminded the partes that, should one party file a motion for summary judgment, the other party shall have thirty days to file a response in opposition. Id. Defendant then filed its Motion for Summary Judgment on August 17, 2009. Plaintiff's deadline to respond would have fallen on September 16, 2009, had the Court not granted Plaintiff's first motion for emergency continuance on September 15, 2009. Presumably, Plaintiff had neared completion of the draft by the time the emergency occurred.

Separately, the same August 6, 2009, Order granted the parties' motion for extension of time to complete certain depositions. The parties were granted until October 1, 2009, to complete the five depositions discussed in the parties' Joint Motion for Extension. (Dkt. 42). Thus, the parties shall have sixteen days from the date of entry of this Order to complete the five depositions contemplated in the parties' Joint Motion. The parties may not take any additional depositions other than those discussed in their Joint Motion and granted in the August 6, 2009 Order; and

(b)  in Case No. 6:06-cv-1530, the parties shall have twelve days  to file any post trial motions;

3. Finally, in response to the query of Defendants Wilson Transport and Multi-Task concerning the presentation of video testimony, found in their Response (Case No. 6:06-cv-1535, Dkt. 115), the Court invites the parties to contact Courtroom Deputy Nancy Leiter at (407) 835-4219 to address any technical questions the

parties may have in this regard.   It is unclear whether the Defendants seek an extension of the trial term to permit the showing of the deposition for a full day and a half.  If so, that motion is **DENIED**.  As is customary, the parties shall designate the relevant and necessary portions of the deposition to be offered into evidence at trial, keeping in mind the limitations of the trial term.

**DONE** and **ORDERED** in Orlando, Florida, this 10th day of February 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record