UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**
**ex rel. GREGORY CHABOT,**
**as *qui tam* Plaintiff,**

    **Plaintiffs,**

v.                                                              Case No. 6:06-cv-1531-ORL-35KRS

**RV SERVICES, LLC.,**

    **Defendant.**
_____

## ORDER

**THIS CAUSE** comes before the Court on Relator's Unopposed Motion for Voluntary Dismissal, filed on June 14, 2010. (Dkt. 120) Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Relator's motion (Dkt. 120) is **GRANTED**;

2. This case is **DISMISSED with prejudice** as to the Relator's claims;

3. This case is **DISMISSED without prejudice** as to any rights of the United States; and

4. The **CLERK** is directed to **TERMINATE** all pending motions and **CLOSE** this case.

**DONE and ORDERED** in Orlando, Florida, this 18th day of June 2010.

/s/ Mary S. Scriven
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
Any Unrepresented Party